UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBIN REITZ, | |
| Plaintiff, | CASE NO. C20-0649-JCC |
| v. | REPORT AND RECOMMENDATION |
| FEDERAL GOVERNMENT, *et al.*, | |
| Defendant. | |

Plaintiff submitted an *in forma pauperis* (IFP) application and a proposed civil complaint. (Dkt. 1.) Plaintiff names as defendants "Federal government, HUD, and Judge Marcos of Federal Court in Portland." (Dkt. 1-1 at 1.) He alleges he is "the whistleblower in the past mortgage crisis[,]" that he is owed twenty percent of the fees "of what the federal government gets back from the mortgage crisis[,]" and that "they not only refused to negotiate with me they tried to put me to death." (*Id*. at 3, 5.)

Pursuant to 28 U.S.C. § 1915(e)(2)(B), this Court may deny an application to proceed IFP and should dismiss a complaint if it is frivolous or fails to state a claim upon which relief may be granted. An action is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

This Court previously dismissed a number of cases filed by plaintiff upon finding them

REPORT AND RECOMMENDATION
PAGE - 1

frivolous and/or failing to state a claim upon which relief may be granted.  *See, e.g., Reitz v. Fred Meyer Store and Owners*, No. C13-5439-BHS; *Reitz v. The Columbian Newspaper, et al.*, No. C12-5707-BHS; *Reitz v. Market Place Appts LLC, et al.*, No. C12-1941-JCC; *Reitz v. Newsweek Magazine, et al.*, No. C12-0889-RSL.  *See also Reitz v. City of Hillsboro, Oregon*, C20-405-RSL (Dkt. 5 (recommending dismissal as frivolous)).  The current action appears frivolous and fails to state a claim upon which relief may be granted and is, therefore, subject to dismissal under 28 U.S.C. § 1915(e)(2)(B).

Because of the deficiencies in the proposed complaint, the request to proceed IFP should be DENIED and this case DISMISSED without prejudice. 28 U.S.C. § 1915(e)(2)(B).  A proposed order of dismissal accompanies this Report and Recommendation.

## DEADLINE FOR OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14) days** after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 22, 2020**.

DATED this 4th day of May, 2020.

Mary Alice Theiler
United States Magistrate Judge